IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICARDO MCCLURE,** | : | Civil No. 3:20-cv-2142 |
| Petitioner, | : | |
| v. | : | (Magistrate Judge Carlson) |
| **COMMONWEALTH OF PENNSYLVANIA, et al.,** | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 6th day of April, 2021, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that McClure's petition for a writ of habeas corpus in this case is DISMISSED as unexhausted without prejudice to renewal when and if McClure fully exhausts these legal claims and a certificate of appealability shall not issue. IT IS FURTHER ORDERED that no certificate of appealability shall issue and the clerk is directed to CLOSE this file.

<u>S/Martin C. Carlson</u><br>
Martin C. Carlson<br>
United States Magistrate Judge